

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

## No. 02-22-00067-CV

_____

## IN RE G.D., Relator

Original Proceeding
367th District Court of Denton County, Texas
Trial Court No. 18-0503-431

Before Birdwell, J.; Sudderth, C.J.; and Walker, J.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relator's petition for writ of habeas corpus and motion for emergency relief and the response of the real party in interest and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of habeas corpus is denied, and relator's motion for emergency relief is denied as moot.

Per Curiam

Delivered: March 1, 2022